No. 03–6401. JACKSON v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6403. LAURSON v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–6404. BONE v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6407. NADASDY v. DOMJAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–6411. TAYLOR v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6428. WILSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6435. JAW-SHI WANG v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6502. SCHEIDT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–6553. DENT v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6572. HEARN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6593. CHORNEY v. REPUBLIC CREDIT CORP. I. C. A. 1st Cir. Certiorari denied.

No. 03–6634. BRAMMER v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6640. NANJI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6674. MATHIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.